UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| Karin Piotroski, | Case No.: 2:25-cv-04818 |
| --- | --- |
| Plaintiff, | |
| v. | **DECLARATION OF ELIZABETH ROZON BAKSH** |
| Dr Pepper/Seven Up, Inc., | |
| Defendant. | |

I, Elizabeth Rozon Baksh, hereby declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP, and am one of the lawyers representing Defendant Dr Pepper/Seven Up, Inc. in this matter.

2. Attached hereto as Exhibit A are true and correct photographs of various packages of Canada Dry products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of October, 2025, in New York, New York.

*/s/ Elizabeth Rozon Baksh*
Elizabeth Rozon Baksh