# EXHIBIT A



**CAFFEINE FREE**

## Nutrition Facts

Serving size 1 Bottle

Calories per serving **210**

| Amount/serving | % Daily Value |
|---|---|
| Total Fat 0g | 0% |
| Sodium 80mg | |
| Total Carb. 56g | 4% |
| Total Sugars 55g | 20% |
| Incl. 55g Added Sugars | 109% |
| Protein 0g | |

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP AND LESS THAN 2% NATURAL FLAVORS, CITRIC ACID, SODIUM BENZOATE (PRESERVATIVE). PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC. FRISCO, TX 75034. ™ & © 2024 DR PEPPER/SEVEN UP, INC.



**CAFFEINE FREE**

## Nutrition Facts

6 servings per container
Serving size 1 Can

Amount per serving
**Calories** 80

| | % Daily Value |
|---|---|
| Total Fat 0g | 0% |
| Sodium 30mg | 1% |
| Total Carbohydrate 21g | 8% |
| Total Sugars 20g | |
| Includes 20g Added Sugars | 41% |
| Protein 0g | |

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP AND LESS THAN 2% OF: GINGER EXTRACT, NATURAL FLAVORS, CITRIC ACID, SODIUM BENZOATE (PRESERVATIVE), CARAMEL COLOR. PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC., 6425 HALL OF FAME LANE, FRISCO, TX 75034.
™ & © 2024 DR PEPPER/SEVEN UP, INC.

1-866-729-2379
canadadry.com

**Canada Dry** SINCE 1904

mini can. mega taste.
**mini** CAFFEINE FREE
GINGER ALE

6 - 7.5 FL OZ CANS (45 FL OZ)
6 - 221 mL CANS (1.3 L)



PAPER BOX | METAL CAN



CAFFEINE FREE

**Nutrition Facts**

Serving size 1 Bottle

Calories per serving **210**

| Amount/serving | % Daily Value |
|---|---|
| Total Fat 0g | 0% |
| Sodium 80mg | 4% |
| Total Carb. 56g | 20% |
| Total Sugars 55g | |
| Incl. 55g Added Sugars | 109% |
| Protein 0g | |

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP AND LESS THAN 2% OF: GINGER, NATURAL FLAVORS, CITRIC ACID, SODIUM BENZOATE (PRESERVATIVE), CARAMEL COLOR. PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC., 6425 HALL OF FAME, FRISCO, TX 75034. ™ & © 2024 DR PEPPER/SEVEN UP, INC.

CD-0108 GAHC.02123N



CAFFEINE FREE
GINGER ALE

**Nutrition Facts**

Serving size 1 Bottle

Calories per serving **210**

CAFFEINE FREE

Amount/serving
Total Fat 0g
Sodium 80mg
Total Carb. 56g
Total Sugars 55g
Incl. 55g Added Sugars
Protein 0g

CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP AND/OR NATURAL FLAVORS, CITRIC ACID, SODIUM BENZOATE (PRESERVATIVE). PRODUCED UNDER THE AUTHORITY OF DR PEPPER/SEVEN UP, INC., FRISCO, TX 75034. ™ & © 2024 DR PEPPER/SEVEN UP, INC.

CAFFEINE FREE

| Amount/serving | % Daily Value |
|---|---|
| Total Fat 0g | 0% |
| Sodium 80mg | 4% |
| Total Carb. 56g | 20% |
| Total Sugars 55g | |
| Incl. 55g Added Sugars | 109% |
| Protein 0g | |

...HIGH FRUCTOSE CORN SYRUP AND LESS THAN 2% OF: GINGER EXTRACT
...IC ACID, SODIUM BENZOATE (PRESERVATIVE), CARAMEL COLOR.
...E AUTHORITY OF DR PEPPER/SEVEN UP, INC., 6425 HALL OF FAME LANE,
...© 2024 DR PEPPER/SEVEN UP, INC.

CD-0108 GAHC.02123N

0 78000 15240 1

1-866-729-...
canadadry...
PLEASE RE...