FILED
CLERK

1:58 pm, Jun 26, 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YOR3**
-----------------------------------------------------------X
**KARIN PIOTROSKI**, *individually and on behalf of all others similarly situated*,

Plaintiff,

- against -

**DR PEPPER/SEVEN UP, INC.**,

Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 25-4818 (JS) (SIL)

An Order of Honorable Joanna Seybert, United States District Judge, having been filed on June 25, 2026, granting Defendants' Motion to Dismiss and dismissing all claims against Defendant; it is

**ORDERED AND ADJUDGED** that Plaintiff Karin Piotroski take nothing of Defendant Dr Pepper/Seven Up, Inc.; that Defendants' Motion to Dismiss is granted; and that this case is closed.

Dated: June 26, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s/ Grisel Ortiz
Deputy Clerk